# CALENDAR MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Lois Bloom     **DATE:** 12/8/11

**DOCKET NUMBER:** 11-1143 M     **LOG #:** 2:46- 2:49

**DEFENDANT'S NAME:** Hector Pagan
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Allen Lashley
   ___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:** Nicole Argentieri    **DEPUTY CLERK:** S M Yuen

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered. Code Type ___ Start 12/8/11 Stop 1/11/12.

___ Order of Speedy Trial entered. Code Type ___ Start ___ Stop ___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:** _____